# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 08-264(3) (DWF/JSM)\ |
| Plaintiff, | |
| v. | **ORDER** |
| Conrado Morales-Vazquez, | |
| Defendant. | |

Thomas M. Hollenhorst, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Bruce D. Nestor, Esq., De Leon & Nestor, LLC, counsel for Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated October 20, 2008. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

Conrado Morales-Vazquez's Motion to Suppress (Doc. No. 32) is **DENIED**.

Dated:  November 4, 2008         s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 Judge of United States District Court